IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**ROSS HARRIS**                                                                                                    **PLAINTIFF**

v.                                        Case No.  3:14-cv-208 KGB

**ALLSTATE INSURANCE COMPANY**                                                    **DEFENDANT**

## ORDER

Before the Court is a joint motion to dismiss this case without prejudice (Dkt. No. 24). The motion states that the plaintiff, Ross Harris, wishes to dismiss this case without prejudice. The defendant, Allstate Insurance Company, has no objection to dismissal without prejudice. Based on the parties' agreement, the complaint and all claims therein are dismissed without prejudice.

SO ORDERED this the 23rd day of October, 2015.

_____
Kristine G. Baker
United States District Judge